UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO POLANCO,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>MICHAEL STAINER, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-5349-GHK (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

　　　　Accordingly, IT IS ORDERED THAT:

　　　　1.　　The Report and Recommendation is approved and accepted;

　　　　2.　　Judgment be entered denying the Petition and dismissing this action with prejudice; and

　　　　3.　　The Clerk serve copies of this Order on the parties.

1  Additionally, for the reasons stated in the Report and Recommendation, the Court finds
2  that Petitioner has not made a substantial showing of the denial of a constitutional right.[1]  Thus,
3  the Court declines to issue a certificate of appealability.

DATED:  05/19/16

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. § 2253; Fed. R. App. P. 22(b); Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S. Ct. 1029, 154 L. Ed. 2d 931 (2003).