UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO POLANCO, | Case No. CV 11-5349-GHK (LAL) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL STAINER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 05/19/16

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE